JOHN P. HARLEY, as Administrator, etc., Appellant, *v.* THE UNITED STATES LIFE INSURANCE COMPANY, Respondent.

(Argued June 25, 1883 ; decided October 2, 1883.)

*Joshua M. Van Cott* for appellant.

*O. P. Buell* for respondent.

Agree to affirm ; no opinion.

All concur, except ANDREWS, J., absent, and DANFORTH, J., not voting.

Judgment affirmed.

---

ALFRED T. BAXTER, Respondent, *v.* FRANKLIN BELL, Impleaded, etc., Appellant.

(Argued June 25, 1883; decided October 2, 1883.)

*Samuel Hand* for appellant.

*Frederic A. Ward* for respondent.

Agree to affirm ; no opinion.

All concur, except ANDREWS, J., absent.

Judgment affirmed.